**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEMON ECHOLS (02),

Defendant.

Crim. No. 02-003 (ADM/SRN)

**ORDER**

SUSAN RICHARD NELSON, United States Magistrate Judge

This matter is before the Court on Defendant Demon Echols' Motion for a Court Order to Compel Attorney to Release and Forward Defendant's Court Materials and Legal Files (Doc. No. 92). Defendant is asking the Court to require his court-appointed attorney to release all legal documents and files in his possession so that Defendant may pursue post-conviction relief. However, Defendant has not demonstrated that his attorney actually has any such documents in his possession or that his attorney is deliberately withholding them. In addition, Defendant has not shown that he has a viable, timely post-conviction remedy available. Accordingly, the Court denies the motion.

**IT IS HEREBY ORDERED** that Defendant Demon Echols' Motion for a Court Order to Compel Attorney to Release and Forward Defendant's Court Materials and Legal Files (Doc. No. 92) is **DENIED**.

Dated: November 7, 2007

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge