**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

De'mon Echols (02),

Defendant.

Criminal No. 02-003 (ADM/SRN)

**ORDER**

SUSAN RICHARD NELSON, United States Magistrate Judge

This matter is before the Court on Defendant De'mon Echols' Motion for Reconsideration (Doc. No. 96). Defendant asks the Court to reconsider its ruling on his Motion for a Court Order to Compel Attorney to Release and Forward Defendant's Court Materials and Legal Files (Doc. No. 92), which the Court denied because Defendant failed to show that his attorney actually retained any of his court materials or legal files, that his attorney was deliberately withholding the documents, or that Defendant has a viable post-conviction remedy. Defendant still has not made this showing. Nevertheless, in the interest of achieving a final resolution to this matter, the Court will grant the motion to reconsider. Defendant's lawyer, Brian N. Toder, is ordered to either send Defendant's file to him or state on the record why he cannot do so.

Accordingly, **IT IS HEREBY ORDERED** that Defendant De'mon Echols' Motion for Reconsideration (Doc. No. 96) is **GRANTED**, and Defendant's lawyer, Brian N. Toder, is ordered to either send Defendant's file to him or state on the record why he cannot do so.

Dated: December 12, 2007

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge