UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>DEMON ECHOLS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 02-003 (ADM/SRN)<br><br>DECLARATION OF BRIAN N. TODER IN RESPONSE TO COURT ORDER, DOCKET NO. (97) |

Brian N. Toder declares as follows:

1. Your declarant is former counsel to above-named Defendant Demon Echols who moved this Court for an order, subsequently granted, requiring your declarant to either provide defendant with his file or state on the record why he cannot do so.

2. Your declarant has carefully gone over the electronic file including all the transmittal letters which reveal what your declarant has known all along, which is that the entire file, including transcripts, was provided to defendant by U.S. Mail several years ago.

3. Whatever paper files remained long after the appeal were routinely destroyed in the ordinary course of the business of declarant's law firm.

4. Your declarant still has the electronic file on the computer which have briefs and correspondence, and if ordered to do so, your declarant could reproduce the same and provide those to defendant again.

I declare under penalty of perjury under the laws of the United States of America, particulary 28 U.S.C. § 1746, that the foregoing is true and correct and that this Declaration was executed on the 13th day of December, 2007 in Minneapolis, Minnesota.

Dated: December 13, 2007

**CHESTNUT & CAMBRONNE, P.A.**

By _/s/ Brian N. Toder_

Brian N. Toder #17869X
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612)336-2940

**ATTORNEYS FOR DEFENDANT**