# CERTIFICATE OF SERVICE

---

I hereby certify that on December 13, 2007, I caused the following document:

Declaration of Brian N. Toder in Response to Court Order, Docket No. (97)

to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing per the attached electronic mail notice list. I further testify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, per the attached manual notice list.

Dated: December 13, 2007 s/Brian N. Toder