RECEIVED
BY MAIL
MAY 16 2008
CLERK US DIST COURT
MINNEAPOLIS MN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

DE'MON ECHOLS
(Petitioner),

V.

UNITED STATES OF AMERICA
(Respondents)./

Case No. 0:02-CR-00003-ADM-SRN

JUDGE ANN D. MONTGOMERY

FIRST AMENDMENT PETITION

Now into the District Court comes the undersigned, De'mon Echols, Pro-Se and make his plea to this Honorable Body to adjudicate your Petitioner First Amendment Petition filed in his behalf stating his Constitutional Grievances which invokes the District Court's Constitutional vested power and jurisdiction for a de novo review. The statutory jurisdiction is hereby established pursuant to 28 U.S.C. § 2106 for adjudication of substantial errors. Petitioner further states that said First Amendment Petition is served as judicial notice. Where for good cause your Petitioner forever pray that his Petition will be accepted because after reviewing the statute and numerous Supreme Court and lower Court holding evidenced that the court appointed counsel waivered Petitioner Constitutional Right without consent and the record is void of such. By entering into a stipulation that the alledge carjacking vehicle traveled in Interstate Commerce this deprived Petitioner of his First, Fifth, and Fourteenth Amendment Rights thereby depriving Petitioner of a fair and impartial trial

SCANNED
MAY 20 2008
U.S. DISTRICT COURT ST. PAUL

by jury. Because the above stipulation releived the government of the burden of proof as to whether the carjacked vehicle traveled Interstate Commerce.

The Court Appointed Counsel Constitutional Waiver tantamonted to pleaing his client guilty to the indictment as charged and returned by the Grand Jury. Thereby rendering ineffective assistance of counsel violating Petitioner's Fifth and Sixth Amendment Rights. Petitioner further points out that due to his disability, trial counsel Dennis Johnson were able to waiver Petitioner's above right inclusive of other Constitutional Right guarranted to Petitioner, such as the right to have all substantial buyable, affintive factual defenses placed before the jury inclusive of the right to call all witnesses for his defense. Where Dixie Lee Dixon lead your Petitioner to believe that this alledged act was a ploy and upon arrest admitted the same to the F.B.I. that Dixon knew Miguel Cigarers and that this was an agreement entered into by two of them to flees his wife out of money. However due to ineffective assistance of counsel the above defense was waivered and counsel of record proceeded to trial with no defense. It is to also be judicially noted that Appellant Counsel Brian N. Toder Appellant Counsel rendered ineffective assistance of counsel during the appeal process before the Eighth Circuit Court Of Appeals. Where the above Appellate Counsel raised only one issue. However Counsel Toder fail to present the above Constitutionally valid issues before the Circuit Court Jurist which was caused by trial counsel Dennis Johnson. Petitioner points out that he discovered a serious conflict of intrest exist because Brian N. Toder and Dennis Johnson are both a part of the very same law firm. The Constitutional Waiver on the part of both counsel deprived Petitioner of his First, Fifth, and Sixth Amendment Rights. The deprivation of rights deprived Petitioner of Due Process of Law. Because

both counsel egreous errors resolved the controversey between Petitioner and and the government. Where upon Petitioner original appearance before the court counsel instructed his client to enter a not guilty plea. This caused the controversey for which the government is duly bound by the Constitution to prove every element of their charge to the jury, especially the question of Jurisdiction. In the instant, cause your Petitioner was never Constitutionally duly convicted, and any judgment entered therefrom is null and void. (See attached Affidavit) In closing, Petitioner points out that as a matter of right he was due a fair and effective Appellate Proceeding with all Constitutional Violation Brief before the Circuit Court no matter who caused the error. (Judgment is void due to lack of Jurisdiction)

WHEREFORE Petitioner forever prays that he be released from illegal restraint of his Liberty forthwith. I so pray.

Respectfully Submitted,

De'mon Echols

DE'MON ECHOLS