UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

(Affidavit of True and Correct Facts Pursuant to 28 U.S.C. § 1746)

| | |
|---|---|
| DE'MON ECHOLS (Affiant), v. UNITED STATES OF AMERICA (Respondent)./ | Case No. 0:02-CR-00003-ADM-SRN |

SWORN AFFIDAVIT

[I] De'mon Echols, hereinafter, "Affiant", being duly sworn hereby states, to wit:

1). That Affiant is above the legal age eighteen(18) years;

2). That Affiant is of sound mind and competent to state the facts concerning the matter cited herein

3). That Affiant restates the facts to the best of his knowledge, information, and belief

4). That Affiant certifies under the penalty of perjury laws of these United States that he will freely and willing testify to the same in any court of competent jurisdiction

5). That Affiant swears that he never entered into or agreed to a stipulation that court appointed counsel entered into with the government attorney that the carjacked vehicle traveled in Interstate Commerce.

6). That Affiant swears that he never waivered nor consented that the alledge carjacked vehicle traveled in Interstate Commerce.

7). That Affiant swears that he was never ask by court appointed counsel or government counsel to waive his Constitutional Right as to such a stipulation.

SCANNED
MAY 20 2008
U.S. DISTRICT COURT ST. PAUL

8). That Affiant swears that he would have never waivered his Constitutional Right not then nor now as to the question of jurisdiction: as to whether the alledge carjacked vehicle travel in Interstate Commerce.

9). That Affiant swear that due to his reading and writing disability/lack of of education/ lack of understanding, court appointed counsel was able to waiver Affiant's Constitutional Right without objection or protest.

Wherefore the Affiant swears under the Constitution, Laws of the United States and penalty of perjury that the above averments are true and correct and do not mislead.

PURSUANT TO 28 U.S.C. § 1746.

Executed this 9th day of May, 2008

L.S. De'mon Echols
De'mon Echols