CERTIFICATE OF SERVICE

I, DE'MON ECHOLS, hereby certify under penalty of perjury that a true and correct copy of the First Amendment Petition has been delivered to the below listed parties, by placing the motion in a postage paid envelope and mailing said envelope via United States mail this 9th day of May, 2008, to:

Clerk of the Court
U.S. Courthouse, Suite 202
300 South Fourth Street
Minneapolis, Minnesota 55415

Bridgid E. Dowdal
Dowdal and Dowdal, PLC
P.O. Box 638
Willernie, Mn. 55090-0638

De'mon Echols
(SIGNATURE)

Dated: 5-9-08

SCANNED
MAY 2 0 2008
U.S. DISTRICT COURT ST. PAUL