UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-3 ADM/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEMON ECHOLS, ET AL.,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

<u>Criminal No.</u>

02-3 ADM/SRN

<u>Defendants</u>

ALL DEFENDANTS

<u>Remove AUSA</u>

Jeffrey S. Paulsen

<u>Add AUSA</u>

Nathan P. Petterson

Dated: May 29, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Jeffrey S. Paulsen
BY: Jeffrey S. Paulsen
Assistant U.S. Attorney